TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN






NO. 03-04-00035-CV






In re William O. Hammond, Texas Association of Business and Texas Association of
Business and Chambers of Commerce Political Action Committee ("BACPAC")







ORIGINAL PROCEEDING FROM TRAVIS COUNTY



 


M E M O R A N D U M O P I N I O N



 Relators William O. Hammond, Texas Association of Business and Texas
Association of Business and Chambers of Commerce Political Action Committee ("BACPAC") filed
with this Court a petition for writ of mandamus, a motion to expedite, and a motion for temporary
stay. We deny relators' petition for writ of mandamus and dismiss their motions to expedite and for
temporary stay. See Tex. R. App. P. 52.8(a).



 __________________________________________

 W. Kenneth Law, Chief Justice

Before Chief Justice Law, Justices Kidd and Puryear

Filed: January 26, 2004